Walker Estate.

Argued January 7, 1960. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Joseph E. Gallagher,* with him *O'Malley, Morgan, Bour & Gallagher,* for appellant.

*Russell J. O'Malley,* with him *Wm. Vincent Mullin,* and *Nogi, O'Malley & Harris,* for appellees.

OPINION PER CURIAM, March 31, 1960:

The decree of the Court below is affirmed, at appellant's costs, on the opinion sur exceptions of President Judge BRADY of the Orphans' Court of Lackawanna County, distribution to be made in accordance with the order filed June 24, 1959.